# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

## SUPPLEMENTAL RECORD TRANSMITTAL LETTER

May 3, 2024

Clerk of Court
United States Court of Appeals
Seventh Circuit
Attention Frank Insalaco
219 S. Dearborn St.
Chicago, IL 60604

    RE:    Taylor v Schwarzhuber et al.
           USCA No.: 21-C-600
           USDC No.: 23-3151

Dear Clerk:

    Enclosed herewith please find the supplemental record on appeal in connection with the above-referenced case consisting of:

- ( ) Volumes of pleading(s)
- ( ) Loose pleading(s)
- ( ) Volumes of transcript(s)
- ( ) Electronic Document
- (2) Exhibits- Exhibits #7 and #8 via email
- ( ) Volumes in camera material(s)
- ( ) Other –

    Please acknowledge date of receipt of the above-referenced materials on the enclosed copy of this letter.

    Very truly yours,

    GINA M. COLLETTI
    Clerk of Court

    By: C. Bongel
    Deputy Clerk, Appeals

Enclosure
cc:    All counsel of record