# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 2, 2024

*By the Court:*

| | |
|---|---|
| No. 23-3151 | ISAIAH TAYLOR,<br>             Plaintiff - Appellant<br><br>v.<br><br>JUSTIN SCHWARZHUBER, et al.,<br>             Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:21-cv-00600-SCD<br>Eastern District of Wisconsin<br>Magistrate Judge Stephen C. Dries | |

Upon consideration of the **NOTICE OF WITHDRAWAL OF ATTORNEY ANTHONY JACKSON**, filed on July 1, 2024, by counsel for the appellees,

**IT IS ORDERED** that attorney Anthony Jackson may withdraw from further representation of the appellees in this matter. Attorney Jennifer L. Williams will continue to serve as counsel of record for the appellees Justin Schwarzhuber, Jasen Rydzewski, and City of Milwaukee.

form name: **c7_Order_BTC**     (form ID: **178**)