UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ISAIAH TAYLOR,

    Plaintiff,

v.    Case No. 21-CV-0600

JUSTIN SCHWARZHUBER,
JASEN RYDZEWSKI, and
CITY OF MILWAUKEE,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the City Attorney, Evan C. Goyke, by Deputy City Attorney Naomi E. Sanders, represents and appears for the defendants in the above-entitled action, and demands that a copy of all proceedings subsequent to the summons and complaint herein be served at our office, at Suite 800, City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated and signed at Milwaukee, Wisconsin this 10th day of April, 2025.

    EVAN C. GOYKE
    City Attorney

    s/Naomi E. Sanders
    NAOMI E. SANDERS
    Deputy City Attorney
    State Bar No. 1061388
    *Attorneys for Defendants*

**ADDRESS:**
200 E. Wells Street
CH 800
Milwaukee, WI 53202
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email: nsande@milwaukee.gov

1032-2021-409.001/297215