UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ISAIAH TAYLOR,

        Plaintiff,

    v.                                       Case No. 21-CV-0600

JUSTIN SCHWARZHUBER,
JASEN RYDZEWSKI, and
CITY OF MILWAUKEE,

        Defendants.

---

## NOTICE OF WITHDRAWAL OF ATTORNEY JENNIFER WILLIAMS

---

        PLEASE TAKE NOTICE that Deputy City Attorney Naomi E. Sanders, hereby moves the Court to accept the withdrawal of Attorney Jennifer Williams as counsel for the defendants, due to her resignation from city service, and to remove her name from the court's efiling distribution list.

        Dated and signed at Milwaukee, Wisconsin this 10th day of April, 2025.

                        EVAN C. GOYKE
                        City Attorney

                        s/Naomi E. Sanders
                        NAOMI E. SANDERS
                        Deputy City Attorney
                        State Bar No. 1061388
                        *Attorneys for Defendants*

ADDRESS:
200 E. Wells Street
CH 800
Milwaukee, WI  53202
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email:  nsande@milwaukee.gov

1032-2021-409.001/297217