# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

April 17, 2025

Naomi E Sanders
City of Milwaukee- Office of the City Attorney
200 E Wells St - Rm 800
Milwaukee, WI 53202

Sarah Frink Kaas
Gingras Thomsen & Wachs LLP
219 N Milwaukee St - Ste 520
Milwaukee, WI 53202

Re: **Taylor v. Schwarzhuber et al**
**Case No. 21-cv-600**

Dear Litigants:

Today, I received the plaintiff's proposed Bill of Costs in the above case pursuant to Civil Local Rule 54. In order to dispose of this matter without a hearing, I am asking that any objections to the costs be provided in writing on or before **05/01/2025.** The court and opposing party should be promptly notified in writing if there are no objections to the costs.

If an objection is filed, it should be accompanied by a brief memorandum. The requesting party will have until **05/08/2025** to file a response. The opposing party's reply, if any, should be filed on or before **05/15/2025**. Costs will be taxed by the Clerk of Court on the basis of the written memoranda.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

By: J. Lyday
Deputy Clerk